UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RODERICK D. TOOKES,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. EDCV 21-01228 GJS<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($4,700.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: August 1, 2022

_____
HON. GAIL J. STANDISH,
UNITED STATES MAGISTRATE JUDGE