UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| RODERICK D. TOOKES,<br><br>    Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security<br><br>    Defendant. | Case No. 5:21-cv-01228-GJS<br><br>ORDER AWARDING FEES PURSUANT TO 42 U.S.C. § 406(b) |

# **ORDER**

Counsel for the Plaintiff is hereby awarded the gross fee of $13,434.02 pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel is also ordered to refund the EAJA fee received for district court work in the amount of $4,700.00 to the Plaintiff, resulting in a net fee to be paid to counsel of $8,734.02. (EIGHT THOUSAND SEVEN HUNDRED THIRTY-FOUR DOLLARS and 02/100).

IT IS SO ORDERED

Date: March 10, 2025

_____

HON. GAIL J. STANDISH

U.S. MAGISTRATE JUDGE